JS-6
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEI ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security,<br><br>Defendant. | No. 5:23-CV-1685-JGB-SPx<br><br>**ORDER RE; JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until January 8, 2025.

Dated: October 20, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE